## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RIGGS TECHNOLOGY** | ) | |
| **HOLDINGS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** 1:21-cv-10778 |
| **v.** | ) | |
| | ) | |
| **CENGAGE LEARNING, INC.** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

### PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Riggs Technology Holdings, LLC ("Riggs") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 7,299,067 ("the '067 patent") (referred to as the "Patent-in-Suit") by Cengage Learning, Inc., ("Cengage").

### I.     THE PARTIES

1.   Plaintiff Riggs is a New Mexico Limited Liability Company with its principal place of business located in Bernalillo County, New Mexico.

2.   On information and belief, Cengage is a corporation existing under the laws of the State of Delaware, with a principal place of business located at 200 Pier 4 Boulevard, Suite 400, Boston, Massachusetts 02210. On information and belief, Cengage sells and offers to sell products and services throughout Massachusetts, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they

would be sold in Massachusetts and this judicial district. Cengage may be served through their registered agent The Prentice-Hall Corporation System, Inc., 84 State St., Boston, Massachusetts 02109.

## II.    JURISDICTION AND VENUE

3.    This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271, et. seq.

4.    This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Massachusetts and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Massachusetts and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Massachusetts and in this judicial district.

5.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and has a regular and established place of business in this District.  Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Massachusetts and this District.

## III.    INFRINGEMENT

**A.      Infringement of the '067 Patent**

6.  On November 20, 2007, U.S. Patent No. 7,299,067 ("the '067 patent", attached as Exhibit A) entitled "Methods and Systems for Managing the Provision of Training Provided Remotely Through Electronic Data Networks to Users of Remote Electronic Devices" was duly and legally issued by the U.S. Patent and Trademark Office.  Riggs owns the '067 patent by assignment.

7.  The '067 patent relates to a novel and improved methods and systems for providing and managing training remotely.

8.  Cengage maintains, operates, and administers online and software based training   platforms, products and services that facilitate remote training that infringes one or more claims of the '067 patent, including one or more of claims 1-18, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '067 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service.  Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9.  Support for the allegations of infringement may be found in the following preliminary table:

| Claim 1 | |
|---------|---|

| | |
|---|---|
| [1.1] A method of managing training completed remotely at a hand held device, said method comprising the step of: | To the extent the preamble is limiting, Cengage performs and induces others to perform a method of managing training completed remotely at a hand held device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Cengage provides MindTap digital learning platform for its Milady brand using which a user takes and completes multiple online courses ("training") remotely through mobile devices including but not limited to phone, tablet and/or laptop ("handheld device"). MindTap manages online courses taken by the user by tracking user's activities, progress and maintaining a record of all the courses completed by the user.<br><br><br><br>Source: https://milady.cengage.com/mindtap<br><br>**The Learning Path**<br><br>The Learning Path guides students through the curriculum. Milady industry-standard content and ready-to-go activities in every *MindTap* course make the transition easier and save you the time of building your course from scratch. Looking to customize your course and make it more you? Move activities around, hide and add content with ease. It's your course; stay in control of it! It truly is an experience that lends itself to all different types of learning styles and includes:<br><br>• Activities/Exercises<br>• Videos<br>• Quizzing/Testing<br>• Flashcards<br>• Digital Portfolio<br>• Glossary<br><br>Source: https://milady.cengage.com/mindtap |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11

Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 5:40

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] receiving at a training server training data transmitted to the training server through a data network from a user of a hand held device, the training data representing training taken by the user at hand held device; | Cengage performs the step of receiving at a training server training data transmitted to the training server through a data network from a user of a hand held device, the training data representing training taken by the user at hand held device. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, MindTap server ("training server") receives data including but not limited to the status of activities/exercises, videos, user responses related to the online courses ("training data") taken by the user on the MindTap platform running over the internet on user's mobile device. <br><br> Digital Learning Highlights <br> ✓ Digital learning increases retention rates **25-60%**. Retention rates of face-to-face training hover between **8-10%** [Source: Aura Interactive] <br> ✓ **87%** of students use their mobile devices to look for online study programs and **67%** utilize mobile devices to complete online course work [Source: EducationData.org] <br> ✓ **85%** of online students (undergraduate and graduate) who previously took both face-to-face and online courses felt their distance learning experience was the same or better compared to a classroom-based course [Source: EducationData.org] <br> ✓ As of 2016, **81%** of U.S. college students find that digital learning technologies help them boost their grades [Source: Statista] <br> Source: https://milady.cengage.com/why-go-digital <br><br> Don't worry if your answer is "No!" or "I'm not sure." We've got you! Milady can help you implement MindTap, our digital learning platform, into your program. MindTap is interactive, personal, and available on-demand—and it provides instructon and students with current, contemporary content and measurable, relevant feedback. <br> Source: https://milady.cengage.com/why-go-digital <br><br> The Learning Path <br> The Learning Path guides students through the curriculum. Milady industry-standard content and ready-to-go activities in every *MindTap* course make the transition easier and save you the time of building your course from scratch. Looking to customize your course and make it more you? Move activities around, hide and add content with ease. It's your course; stay in control of it! It truly is an experience that lends itself to all different types of learning styles and includes: <br> • Activities/Exercises <br> • Videos <br> • Quizzing/Testing <br> • Flashcards <br> • Digital Portfolio <br> • Glossary <br> Source: https://milady.cengage.com/mindtap |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.3] receiving identifying information for the user of a hand held device concurrently with the training data file; | Cengage performs the step of receiving identifying information for the user of a hand held device concurrently with the training data file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, MindTap receives email and password ("identifying information") provided by the user to login to MindTap platform along with the status of status of activities/exercises, videos, user responses related to the online courses ("training data file") taken by the user.<br><br><br><br>Source: https://account.cengage.com/login<br><br><br><br>Source: https://milady.cengage.com/mindtap-tutorial/registering-students, seek to 2:00 |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 6:58

Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] identifying the user of the hand held device; | Cengage performs the step of identifying the user of the hand held device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, MindTap identifies the user using the email and password provided by the user to login into their account. |
| |  |
| | Source: https://account.cengage.com/login |
| | Source: https://milady.cengage.com/mindtap-tutorial/registering-students, seek to 2:00 |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 6:58

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.5] authenticating the identify of the user of the hand held device by requesting authentication data from the user and comparing the authentication data with a master user identification template containing authentication data associated with the user and accessible by the training server to determine if said comparison authenticates the user's identify as an authorized trainee; | Cengage performs the step of authenticating the identify of the user of the hand held device by requesting authentication data from the user and comparing the authentication data with a master user identification template containing authentication data associated with the user and accessible by the training server to determine if said comparison authenticates the user's identify as an authorized trainee.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, a user creates an account on MindTap by providing information including but not limited to name, email, birth year, institution name and password ("master user identification template") for the account. MindTap authenticates the user while logging in to access his account by comparing the email and password provided at the time of login ("authentication data") to the email and password provided at the time of registration ("master user identification template containing authentication data") and thus allowing access to only the authorized users.



Source: https://milady.cengage.com/mindtap-tutorial/registering-students, seek to 00:46 |



Source: https://milady.cengage.com/mindtap-tutorial/registering-students,  seek to 00:53

Source: https://milady.cengage.com/mindtap-tutorial/registering-students,  seek to 01:08

Source: https://account.cengage.com/login

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6] recording the training data in memory associated with the training server; | Cengage performs the step of recording the training data in memory associated with the training server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, MindTap server ("training server") stores the training data including but not limited to status of activities/exercises, videos, progress and user responses related to the online courses ("training data") of a user in the memory associated with the server.<br><br>The Learning Path<br><br>The Learning Path guides students through the curriculum. Milady industry-standard content and ready-to-go activities in every *MindTap* course make the transition easier and save you the time of building your course from scratch. Looking to customize your course and make it more you? Move activities around, hide and add content with ease. It's your course; stay in control of it! It truly is an experience that lends itself to all different types of learning styles and includes:<br><br>• Activities/Exercises<br>• Videos<br>• Quizzing/Testing<br>• Flashcards<br>• Digital Portfolio<br>• Glossary<br><br>Source: https://milady.cengage.com/mindtap |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11

Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:37



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 5:40

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.7] locating at least one training file contained within the training data; | Cengage performs the step of locating at least one training file contained within the training data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, MindTap server stores the training data comprising training files including but not limited to status of activities/exercises, videos, progress and user responses related to the online courses of a user in the memory associated with the server. When a user login to his account, MindTap locates and retrieves the corresponding training data comprising training files of the user.<br><br>Source: https://milady.cengage.com/mindtap-tutorial/registering-students , seek to 2:08 |



Source: https://milady.cengage.com/mindtap-tutorial/registering-students , seek to 2:34

Source: https://milady.cengage.com/mindtap-tutorial/registering-students , seek to 2:54

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.8] determining status of the training file by comparing the training file with an associated master training template accessible from memory by the training server, the status including a determination if | Cengage performs the step of determining status of the training file by comparing the training file with an associated master training template accessible from memory by the training server, the status including a determination if training represented by the training file meets a set criterion including at least one of: pending, incomplete, failed, passed.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| training represented by the training file meets a set criterion including at least one of: pending, incomplete, failed, passed; and | For example, MindTap server determines status of the training file by comparing the training file with an associated master training template accessible from memory by the training server such that it tracks user's activities, progress and maintains a record of all the course activities completed by the user and displays icons having different colours depending on the status of the activity.<br><br>For example, a green icon means the user has completed the activity.<br><br> |

Source: https://milady.cengage.com/mindtap

Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11



Source: https://www.youtube.com/watch?v=6vk8pIbIgCw, Seek to 1:25

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.9]   recording training   status   in memory. | Cengage performs the step of recording training status in memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, MindTap records training status in memory such that it tracks user's activities, progress and all information relating to the user's completion of a course and shows a record of it with scores gained by the user in the Progress app. |



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 4:11

Source: https://www.youtube.com/watch?v=6vk8pIbIgCw, Seek to 1:25



Source: https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, seek to 11:32

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

**List Of References**

1. https://milady.cengage.com/mindtap, last accessed on March 24, 2021.
2. https://milady.cengage.com/why-go-digital, last accessed on March 24, 2021.
3. https://account.cengage.com/login, last accessed on March 24, 2021.
4. https://milady.cengage.com/mindtap-tutorial/registering-students, last accessed on March 24, 2021.
5. https://milady.cengage.com/mindtap-tutorial/your-orientation-to-mindtap, last accessed on March 24, 2021.
6. https://www.youtube.com/watch?v=6vk8pIbIgCw, last accessed on March 24, 2021.

These allegations of infringement are preliminary and are therefore subject to change.

10. Cengage has and continues to induce infringement. Cengage has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., payment products and services that facilitate purchases from a vendor using a bridge computer) such as to cause infringement of one or more of claims 1–18 of the '067 patent, literally or under the doctrine of equivalents. Moreover, Cengage has known or should have known of the '067 patent and the technology underlying it from at least the date of issuance of the patent.

11. Cengage has and continues to contributorily infringe. Cengage has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues

to do so, on how to use its products and services (e.g., payment products and services that facilitate purchases from a vendor using a bridge computer) and related services such as to cause infringement of one or more of claims 1–18 of the '067 patent, literally or under the doctrine of equivalents.  Moreover, Cengage has known or should have known of the '067 patent and the technology underlying it from at least the date of issuance of the patent.

12. Cengage has caused and will continue to cause RIGGS damage by direct and indirect infringement of (including inducing infringement of) the claims of the '067 patent.

**IV.    JURY DEMAND**

RIGGS hereby requests a trial by jury on issues so triable by right.

**V.    PRAYER FOR RELIEF**

WHEREFORE, RIGGS prays for relief as follows:

a.    enter judgment that Defendant has infringed the claims of the '067 patent through Cengage payment links;

b.    award RIGGS damages in an amount sufficient to compensate it for Defendant's infringement of the '067 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c.    award RIGGS an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d.    declare this case to be "exceptional" under 35 U.S.C. § 285 and award RIGGS its attorneys' fees, expenses, and costs incurred in this action;

e.    declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f.    a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g.    award RIGGS such other and further relief as this Court deems just and proper.

Respectfully submitted,

**/s/ John T. Martin**
John T. Martin, BBO #676344
Michaela M. Weaver, BBO #705985
Limited Appearances as Local Counsel
KJC Law Firm, LLC
1 Exchange Place, 2nd Level
Worcester, MA 01608
jmartin@kjclawfirm.com
mweaver@kjclawfirm.com
(617) 720-8447


**Ramey & Schwaller, LLP**
***Attorneys for Riggs Technology Holdings, LLC***


**/s/ William P. Ramey, III**
William P. Ramey, III (Pro Hac Vice anticipated)
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**/s/ Jeffrey Kubiak**
Jeffrey Kubiak (Pro Hac Vice anticipated)
Texas State Bar No. 24028470
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
jkubiak@rameyfirm.com


Date: <u>May 12, 2021</u>

23